# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sargis, Ronald H. | Bkcy Court, Eastern District of California | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Full Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95814

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee -- Trust #1 | Trust #1, Family Member 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | McGeorge School of Law, University of the Pacific | $2,250.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | State of California, California Department of Public Health --- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 9/4/2014 -- 9/6/2014 | Las Vegas, NV | 22nd Annual Southwestern Bankruptcy Conference (Speaker) | Travel, Lodging, and Meals |
| 2. | California Association of Collectors | 10/23/2014 - 10/24/2014 | San Diego, CA | Annual Converntion (Speaker) | Travel and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Sacramento, California | D | Rent | N | W | | | | | |
| 2. Bank of America Demand Accounts | A | Interest | K | T | | | | | |
| 3. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4. Bank of the West Demand Account | A | Interest | J | T | | | | | |
| 5. Bank of America Accounts, Dependant | A | Interest | J | T | | | | | |
| 6. Bank of America Accounts, Dependant | A | Interest | J | T | | | | | |
| 7. State Farm Whole Life Insurance | A | Int./Div. | J | T | | | | | |
| 8. MINERAL RIGHTS, Livingston, CA | | None | J | W | | | | | |
| 9. ========================================= | | | | | | | | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. MERRIL LYNCH DIRECT DEPOSIT (CASH ACCOUNT) | A | Int./Div. | J | T | | | | | |
| 12. ADT CORP | A | Distribution | J | T | | | | | |
| 13. PENTAIR PLC PNR (Renamed PENTAIR LTD) | A | Distribution | J | T | | | | | |
| 14. TYCO INTERNAT TYC | A | Dividend | J | T | | | | | |
| 15. COVIDIEN PLC COV | A | Dividend | J | T | | | | | |
| 16. TE CONNECTIVITY LTD TEL | A | Dividend | J | T | | | | | |
| 17. CESCA THERAPEUTICS KOOL (Formerly named THERMOGENSIS) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NOKIA NOK | A | Dividend | J | T | | | | | |
| 19. SIRIUS XM SIRI | A | Dividend | J | T | | | | | |
| 20. ------ | | | | | | | | | |
| 21. Brokerage Account #2 | | | | | | | | | |
| 22. CASH ACCOUNT, GOLDMAN SACHS BANK USA (X) | A | Interest | J | T | | | | | |
| 23. CASH ACCOUNT, DISCOVER BANK | A | Interest | J | T | | | | | |
| 24. CASH ACCOUNT CITIBANK NA | A | Interest | J | T | | | | | |
| 25. ORACLE ORCL | A | Dividend | M | T | | | | | |
| 26. ------ | | | | | | | | | |
| 27. Brokerage Account # 2-1 | | | | | | | | | |
| 28. FEDERATED CAP RESERVES | A | Int./Div. | J | T | | | | | |
| 29. DREYFUS TECH GROWTH DTGBX | A | Dividend | K | T | | | | | |
| 30. ------ | | | | | | | | | |
| 31. Brokerage Account #3 | | | | | | | | | |
| 32. HARTFORD CAP APPRC FD HCACX | A | Dividend | J | T | Buy (add'l) | 12/16/14 | J | | |
| 33. | C | Distribution | | | | | | | |
| 34. ------ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brokerage Account #4 Dependent | | | | | | | | | |
| 36. GROWTH FD AMER GFACX | A | Distribution | J | T | Buy (add'l) | 12/19/14 | J | | |
| 37. GUGGENHEIM MID CAP VALUE A -- SEVSX | A | Distribution | J | T | Buy (add'l) | 12/05/14 | J | | |
| 38. | A | Dividend | | | | | | | |
| 39. BLACKROCK GLOBAL ALLOCATION MCLOX | A | Dividend | J | T | Buy (add'l) | 07/18/14 | J | | |
| 40. | A | Distribution | | | Buy (add'l) | 12/18/14 | J | | |
| 41. -------- | | | | | | | | | |
| 42. BROKERAGE ACCOUNT #5 Dependants | | | | | | | | | |
| 43. GOLDMAN SACHS INSURED CASH ACCOUNT | A | Interest | J | T | | | | | |
| 44. COSTCO | A | Dividend | J | T | | | | | |
| 45. -------- | | | | | | | | | |
| 46. BROKERAGE ACCOUNT #8 IRA Rollover | | | | | | | | | |
| 47. GENERAL MARKET CASH FUND, RW BAIRD | A | Dividend | J | T | | | | | |
| 48. DEUTSCHE X-TRACKERS MSCI EAF HEDGED EQUITY ETF | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 49. | A | Distribution | | | Buy (add'l) | 04/25/14 | J | | |
| 50. | | | | | Sold (part) | 07/01/14 | J | A | |
| 51. | | | | | Buy (add'l) | 12/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIRST TRUST NYSE ARCA BIOTECHNOLOGY INDEX ETF FBT | A | Dividend | J | T | Buy | 06/25/14 | J | | |
| 53. | | | | | Sold (part) | 07/01/14 | J | A | |
| 54. FLEXSHARES TRUST QLTY DIV INDEX FUND QDF | A | Dividend | J | T | Buy (add'l) | 07/01/14 | J | | |
| 55. | | | | | Sold (part) | 08/04/14 | J | A | |
| 56. GLOBAL X FTSE NORDIC REGION ETF GXF | | None | J | T | Buy | 02/27/14 | J | | |
| 57. | | | | | Sold (part) | 07/01/14 | J | A | |
| 58. GLOBAL X MLP & ENERGY INFRASTRUCTURE MLPX ETF | A | Dividend | J | T | Buy | 03/11/14 | J | | |
| 59. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 60. | | | | | Sold (part) | 07/01/14 | J | A | |
| 61. ISHARES MSCI SWITZERLAND INDEX EFT EWL | A | Dividend | J | T | Sold (part) | 07/01/14 | J | A | |
| 62. ISHARES MSCI SPAIN ETF EWP | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 63. | | | | | Sold (part) | 07/01/14 | J | A | |
| 64. ISHARES MSCI AUSTRALIA ETG EWA | A | Dividend | J | T | Buy | 04/09/14 | J | | |
| 65. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 66. | | | | | Sold (part) | 07/01/14 | J | | |
| 67. ISHARES MSCI JAPAN ETF EWJ | A | Dividend | J | T | Sold (part) | 04/25/14 | J | A | |
| 68. | | | | | Sold (part) | 07/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES ASIA 50 ETF AIA | A | Dividend | J | T | Buy | 08/06/14 | J | | |
| 70. ISHARES MICROCAP ETF IWC | A | Dividend | J | T | Buy | 02/14/14 | J | | |
| 71. | | | | | Buy (add'l) | 02/21/14 | J | | |
| 72. | | | | | Sold (part) | 07/01/14 | J | A | |
| 73. | | | | | Sold (part) | 09/11/14 | J | A | |
| 74. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 75. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 76. ISHARES CORE S&P 500 ETF IVV | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 77. | | | | | Buy (add'l) | 10/20/14 | J | | |
| 78. | | | | | Sold (part) | 12/03/14 | J | A | |
| 79. ISHARES MSCI EAFE INDEX ETF EFA | A | Dividend | J | T | Sold (part) | 04/09/14 | K | B | |
| 80. | | | | | Sold (part) | 07/01/14 | J | A | |
| 81. ISHARES US HOME CONSTRUCTION ETF ITB | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 82. ISHARES MSCI ALL COUNTRY ASIA EX JAPAN ETF AAXJ | A | Dividend | J | T | Sold (part) | 02/21/14 | J | A | |
| 83. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 84. | | | | | Sold (part) | 07/01/14 | J | A | |
| 85. ISHARES MSCI UNITED KINGDON INDEX ETF EWU | A | Dividend | J | T | Sold (part) | 07/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 87. SCHWAB US REIT ETF SCHH | A | Dividend | J | T | Buy | 01/07/14 | J | | |
| 88. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 89. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 90. | | | | | Sold (part) | 07/01/14 | J | A | |
| 91. | | | | | Sold (part) | 08/06/14 | J | A | |
| 92. SECTOR FINANCIAL SELECT SECTOR SPDR ETF XLF | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 93. | | | | | Sold (part) | 07/01/14 | J | A | |
| 94. SECTOR ENERGY SELECT SECTOR SPDR ETF XLE | A | Dividend | J | T | Buy | 12/03/14 | J | | |
| 95. SECTOR CONSUMER DISCRETIONARY SELECT SECTOR SPDR ETF XLY | A | Dividend | J | T | Buy | 08/22/14 | J | | |
| 96. VANGUARD FTSE DEVELOPED MKETS ETF VEA | A | Dividend | J | T | Sold (part) | 07/01/14 | J | A | |
| 97. VANGUARD LARGE CAP ETF VV | A | Dividend | L | T | Buy (add'l) | 05/08/14 | J | | |
| 98. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 99. | | | | | Sold (part) | 06/25/14 | J | A | |
| 100. | | | | | Sold (part) | 07/01/14 | J | A | |
| 101. | | | | | Sold (part) | 08/05/14 | J | A | |
| 102. | | | | | Buy (add'l) | 09/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. WISDOMTREE TRUST EURPOE HEDGED EQUITY FUND ETF HEDJ | A | Dividend | K | T | Buy | 04/09/14 | J | | |
| 104. | A | Distribution | | | Buy (add'l) | 06/04/14 | J | | |
| 105. | | | | | Sold (part) | 07/01/14 | J | A | |
| 106. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 107. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 108. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 109. WISDOMTREE JAPAN HEDGED EQUITY ETF DXJ | A | Dividend | K | T | Buy (add'l) | 02/12/14 | J | | |
| 110. | A | Distribution | | | Sold (part) | 07/01/14 | J | A | |
| 111. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 112. WISDOMTREE LARGE CAP DIVIDEND ETF DLN | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 113. WISDOMTREE JAPAN SMALL CAP DIVIDEND ETF DFJ | A | Dividend | J | T | Sold (part) | 07/01/14 | J | A | |
| 114. CREDIT SUISSE NASSAU BRH EQUAL WEIGHT MLP ETN LKD CUSHING 30 MLP MLPN | A | Interest | J | T | Buy | 06/25/14 | J | | |
| 115. | | | | | Sold (part) | 07/01/14 | J | A | |
| 116. BARCLAYS BANK PLC ETN+ SELECT MLP ETNS ATMP | A | Interest | J | T | Buy | 03/11/14 | J | | |
| 117. | | | | | Sold (part) | 07/01/14 | J | A | |
| 118. ALPS RIVERFRONT STRATEGIC INCOME FUND RIGS | A | Dividend | J | T | Buy (add'l) | 02/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 120. | | | | | Sold (part) | 07/07/14 | J | A | |
| 121. | | | | | Sold (part) | 09/11/14 | J | A | |
| 122. | | | | | Sold (part) | 10/17/14 | J | A | |
| 123. | | | | | Sold (part) | 10/20/14 | J | A | |
| 124. All Interests Fully Divested in Yr for Brokerage Account #8 | | | | | | | | | |
| 125. CLAYMORE WILSHIRE MICRO CAP ETF WMCR | A | Dividend | | | Sold (part) | 07/01/14 | J | A | |
| 126. | | | | | Sold (part) | 08/05/14 | J | A | |
| 127. | | | | | Sold | 09/11/14 | J | A | |
| 128. FIRST TRUST DOW JONES SELECT MICRO CAP INDEX ETF FDM | A | Dividend | | | Sold | 06/04/14 | J | A | |
| 129. FIRST TRUST NASDAQ TECHNOLGY DIVIDEND INTEX ETF | A | Dividend | | | Buy | 02/21/14 | J | | |
| 130. | | | | | Sold (part) | 07/01/14 | J | A | |
| 131. | | | | | Sold (part) | 09/25/14 | J | A | |
| 132. | | | | | Sold | 11/13/14 | J | A | |
| 133. GLOBAL X NORWAY ETF | | None | | | Buy | 02/27/14 | J | | |
| 134. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 135. | | | | | Sold (part) | 07/01/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Buy (add'l) | 07/21/14 | J | | |
| 137. | | | | | Sold | 12/03/14 | J | A | |
| 138. ISHARES MSCI GERMANY INDEX ETF EWG | | None | | | Sold | 03/14/14 | J | A | |
| 139. ISHARES MSCI SOUTH KOREA CAPPED ETF EWY | | None | | | Sold | 02/21/14 | J | | |
| 140. ISHARES MSCI EAFE VALUE ETF EFV | | None | | | Sold | 04/09/14 | J | A | |
| 141. ISHARES MSCI ACWI EX US INDEX FD ACWX | | None | | | Sold | 02/27/14 | J | A | |
| 142. ISHARES TR MSCI EMERGING MKTS ETF EEM | | None | | | Sold | 02/21/14 | J | A | |
| 143. ISHARES CORE MSCI EMERGING MARKETS ETF IEMG | A | Dividend | | | Buy | 08/05/14 | J | | |
| 144. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 145. | | | | | Sold (part) | 11/06/14 | J | A | |
| 146. | | | | | Sold | 12/23/14 | J | A | |
| 147. ISHARES CORE S&P SMALL CAP ETF IJR | A | Dividend | | | Sold (part) | 02/14/14 | J | C | |
| 148. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 149. | | | | | Sold | 12/03/14 | J | A | |
| 150. ISHARES MSCI EMU ETF EZU | A | Dividend | | | Sold (part) | 07/01/14 | J | A | |
| 151. | | | | | Sold | 07/02/14 | J | A | |
| 152. ISHARES MSCI CANADA INDEX ETF EWC | | None | | | Sold | 02/12/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. ISHARES MSCI POLAND CAPPED ETF | A | Dividend | | | Buy | 04/09/14 | J | | |
| 154. | | | | | Sold (part) | 07/01/14 | J | A | |
| 155. | | | | | Sold | 12/23/14 | J | A | |
| 156. ISHARES 1-3 YR CREDIT BOND EFT CSJ | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 157. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF | A | Dividend | | | Buy | 02/13/14 | J | | |
| 158. | | | | | Sold | 05/08/14 | J | A | |
| 159. ISHARES NORTH AMERICAN MULTIMEDIA NETWORKING ETF | A | Dividend | | | Buy | 02/26/14 | J | | |
| 160. | | | | | Sold (part) | 07/01/14 | J | A | |
| 161. | | | | | Sold (part) | 08/22/14 | J | A | |
| 162. | | | | | Sold | 10/15/14 | J | A | |
| 163. ISHARES TRANSPORTATION AVERAGE ETF | A | Dividend | | | Buy | 02/26/14 | J | | |
| 164. | | | | | Sold (part) | 07/01/14 | J | A | |
| 165. | | | | | Sold | 10/15/14 | J | A | |
| 166. ISHARES US CONSUMER GOODS EFT | A | Dividend | | | Buy | 02/26/14 | J | | |
| 167. | | | | | Sold (part) | 07/01/14 | J | A | |
| 168. | | | | | Sold | 09/25/14 | J | A | |
| 169. MARKET VECTORS OIL SERVICES ETF OIJ | | None | | | Sold | 01/07/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. POWERSHARES DYNAMIC BUYBACK ACHIEVERS ETF PKW | | None | | | Sold | 03/11/14 | J | A | |
| 171. POWERSHARES FTSE RAFI DEVELOPED MARKETS EX US ETF PFX | A | Dividend | | | Sold (part) | 07/01/14 | J | A | |
| 172. | | | | | Sold | 10/17/14 | J | A | |
| 173. POWERSHARES S&P 500 HIGH BETA ETF SPHB | A | Dividend | | | Sold (part) | 02/21/14 | K | A | |
| 174. | | | | | Sold (part) | 02/26/14 | K | C | |
| 175. | | | | | Sold | 05/08/14 | J | B | |
| 176. POWERSHARES DYNAMIC FOOD & BEVERAGE | A | Dividend | | | Buy | 02/14/14 | J | | |
| 177. | | | | | Buy (add'l) | 02/16/14 | J | | |
| 178. | | | | | Sold (part) | 05/28/14 | J | A | |
| 179. | | | | | Sold | 06/25/14 | J | A | |
| 180. RYDEX GUGGENHEIM S&p 500 EQUAL WEIGHT ENERGY ETF | A | Dividend | | | Buy | 02/21/14 | J | | |
| 181. | | | | | Sold (part) | 07/01/14 | J | A | |
| 182. | | | | | Sold | 10/15/14 | J | A | |
| 183. SPDR BARCLAYS CAPITAL HIGH YIELD BOND ETF | A | Dividend | | | Buy | 02/13/14 | J | | |
| 184. | | | | | Sold | 05/08/14 | J | A | |
| 185. VANGUARD FTSE EUROPE ETF VGK | A | Dividend | | | Sold (part) | 04/09/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | Sold (part) | 07/01/14 | J | A | |
| 187. | | | | | Sold (part) | 07/21/14 | J | A | |
| 188. | | | | | Sold | 10/17/14 | J | B | |
| 189. VANGUARD INFORMATION TECHNOLOGY | | None | | | Buy | 03/14/14 | J | | |
| 190. | | | | | Sold (part) | 07/01/14 | J | A | |
| 191. | | | | | Sold | 08/22/14 | J | A | |
| 192. VANGUARD SHORT TERM CORP BOND ETF VCSH | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 193. WISDOMTREE EUROPE SMALL CAP DIVIDEND ETF | A | Dividend | | | Buy | 04/09/14 | J | | |
| 194. | | | | | Sold (part) | 07/01/14 | J | A | |
| 195. | | | | | Sold (part) | 07/21/14 | J | A | |
| 196. | | | | | Sold | 10/17/14 | J | A | |
| 197. ========================= | | | | | | | | | |
| 198. Brokerage Account #9 IRA Rollover | | | | | | | | | |
| 199. CASH/MONEY MARKET -- RW Baird General MMKT Class A | A | Int./Div. | J | T | | | | | |
| 200. CAPITAL WORLD GWTH & INCOME FD CWGFX | A | Dividend | K | T | Buy (add'l) | 03/18/14 | J | | |
| 201. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 202. | | | | | Buy (add'l) | 09/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 203. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 204.  DAVIS NEW YORK VENTURE DNVYX | A | Dividend | M | T | Sold (part) | 02/24/14 | J | A | |
| 205. | E | Distribution | | | Buy (add'l) | 07/02/14 | J | | |
| 206. | | | | | Sold (part) | 10/23/14 | J | A | |
| 207. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 208.  GATEWAY GATEX | A | Dividend | K | T | Buy (add'l) | 03/24/14 | J | | |
| 209. | | | | | Buy (add'l) | 06/23/14 | J | | |
| 210. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 211. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 212.  GROWTH FUND AMER GFAFX | A | Dividend | L | T | Sold (part) | 02/24/14 | J | A | |
| 213. | D | Distribution | | | Sold (part) | 07/07/14 | J | B | |
| 214. | | | | | Sold (part) | 10/23/14 | J | A | |
| 215. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 216.  GUGGENHEIM MID CAP VALUE A -- SEVAX | A | Dividend | K | T | Buy (add'l) | 12/05/14 | J | | |
| 217. | C | Distribution | | | | | | | |
| 218.  HARRIS ASSOC INVT OAKMARK INTL FD OAKIX | A | Dividend | K | T | Buy (add'l) | 12/19/14 | J | | |
| 219. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. IVY FDS INC ASSET STRATEGY FD WASYX | A | Dividend | L | T | Buy (add'l) | 12/12/14 | J | | |
| 221. | D | Distribution | | | | | | | |
| 222. KEELEY FUNDS SMALL CAP VALUE KSCIX | A | Dividend | K | T | Buy (add'l) | 01/03/14 | J | | |
| 223. | A | Distribution | | | Buy (add'l) | 12/17/14 | J | | |
| 224. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 225. STRATTON SMALL CAP VALUE STSCX | A | Distribution | J | T | Buy (add'l) | 12/22/14 | J | | |
| 226. | A | Dividend | | | | | | | |
| 227. CALAMOS CONVERTIBLE FUND CICVX | A | Dividend | K | T | Buy (add'l) | 03/21/14 | J | | |
| 228. | B | Distribution | | | Buy (add'l) | 06/20/14 | J | | |
| 229. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 230. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 231. ADVISORY RESEARCH MLP & ENERGY INCOME INFIX (Name Change) | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | See Addition Information |
| 232. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 233. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 234. | | | | | Sold (part) | 10/23/14 | J | A | |
| 235. | | | | | Buy (add'l) | 11/26/14 | J | | |
| 236. | | | | | Buy (add'l) | 12/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. PERMANENT PORTFOLIO FD PRPFX | A | Dividend | L | T | Sold (part) | 10/23/14 | J | A | |
| 238. | D | Distribution | | | Buy (add'l) | 12/11/14 | J | | |
| 239. PRINCIPAL GLOBAL DIVERSIFIED INCM PGDPX | A | Dividend | K | T | Buy | 07/08/14 | K | | |
| 240. | A | Distribution | | | Buy (add'l) | 08/04/14 | J | | |
| 241. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 242. | | | | | Buy (add'l) | 10/02/14 | J | | |
| 243. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 244. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 245. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 246. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 247. LOOMIS SAYLES BOND INSTL LSBDX | A | Dividend | J | T | Buy (add'l) | 01/29/14 | J | | |
| 248. | A | Distribution | | | Buy (add'l) | 02/25/14 | J | | |
| 249. | | | | | Buy (add'l) | 03/26/14 | J | | |
| 250. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 251. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 252. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 253. | | | | | Buy (add'l) | 07/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 255. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 256. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 257. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 258. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 259. TEMPLETON GLOBAL BOND ADVISOR TGBAX | B | Dividend | K | T | Buy | 07/07/14 | K | | |
| 260. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 261. | | | | | Buy (add'l) | 08/18/14 | J | | |
| 262. | | | | | Buy (add'l) | 09/17/14 | J | | |
| 263. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 264. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 265. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 266. VANGUARD INTER TERM BOND FUND VBIIX | A | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | |
| 267. | A | Distribution | | | Buy (add'l) | 02/03/14 | J | | |
| 268. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 269. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 270. | | | | | Buy (add'l) | 05/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 272. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 273. | | | | | Buy (add'l) | 07/07/14 | J | | |
| 274. | | | | | Buy (add'l) | 08/01/14 | J | | |
| 275. | | | | | Buy (add'l) | 09/02/14 | J | | |
| 276. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 277. | | | | | Buy (add'l) | 11/03/14 | J | | |
| 278. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 279. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 280. ----------------------------------------- | | | | | | | | | |
| 281. Trust #1 | | | | | | | | | |
| 282. CALIFORNIA BANK & TRUST -- DEPOSIT ACCOUNTS | A | Interest | K | T | | | | | |
| 283. BANK OF AMERICA, N.A. | A | Interest | K | T | | | | | |
| 284. US GOVERNMENT BONDS | E | Interest | M | T | | | | | |
| 285. ------------- END----------- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 219:   Name change of  Famco MLP + Energy Income (INFIX) to Advisory Research  MLP & Energy Research (INFIX)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544